# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANDREW E. GALLOWAY III AND
NISHITH PATEL

NO.   2020 CW 1096

VERSUS

DIEFENTHAL HOLDINGS, LLC AND
PREMIUM VALVE SERVICES, LLC

**JANUARY 22, 2021**

---

In Re:   Diefenthal Holdings, L.L.C., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-13306 c/w 2016-13067.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**   There are genuine issues of material fact and a question of law which preclude the granting of the Motion for Summary Judgment.

**JMM**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT